# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK FULTZ,   CASE NO: 2:20-CV-10138

      Plaintiff,   HON. SEAN F. COX

v.

HIT PORTFOLIO I OWNER, LLC,

      Defendant.

---

| | |
|---|---|
| Lawrence A. Fuller<br>FULLER, FULLER<br>12000 Biscayne Blvd., Suite 502<br>North Miami, Florida 33181<br>Tel: (305) 891-5199<br>lfuller@fullerfuller.com | Jaclyn R. Giffen  (P75316)<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan 48243<br>Tel: (313) 313-202-3261<br>jgiffen@littler.com<br><br>*Attorneys for Defendant* |
| M.J. Stephen Fox<br>FOX & ASSOCIATES<br>2536 Red Clover Drive SE<br>Ada, Michigan 49301<br>Tel: (616) 676-4300<br>foxlawfirm@aol.com<br><br>*Attorneys for Plaintiff* | |

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court, and Plaintiff, Mark Fultz, and Defendant, HIT Portfolio I Owner, LLC, through their respective counsel, having stipulated to the entry of an Order dismissing the case with prejudice and without

costs or attorney fees to any party, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is Dismissed with Prejudice, and without costs or attorney fees to any party.

Dated: March 3, 2020

s/Sean F. Cox
Honorable Sean F. Cox
United States District Judge

PLAINTIFF AND DEFENDANT, THROUGH THEIR RESPECTIVE COUNSELS, STIPULATE TO THE ENTRY OF THIS ORDER TO DISMISS CASE.

So Stipulated:

| FULLER, FULLER | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Lawrence A. Fuller  (w/consent) | /s/ Jaclyn R. Giffen |
| Lawrence A. Fuller | Jaclyn R. Giffen  (P75316) |
| 12000 Biscayne Blvd., Suite 502 | 200 Renaissance Center, Suite 3110 |
| North Miami, Florida 33181 | Detroit, Michigan 48243 |
| (305) 891-5199 | (313) 202-3261 |
| lfuller@fullerfuller.com | jgiffen@littler.com |
| | *Attorneys for Defendant* |
| FOX & ASSOCIATES | |
| M.J. Stephen Fox | |
| 2536 Red Clover Drive SE | |
| Ada, Michigan 49301 | |
| (616) 676-4300 | |
| foxlawfirm@aol.com | |
| *Attorneys for Plaintiff* | |
| Dated:  February 26, 2020 | Dated:  February 26, 2020 |

2